# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-30319

United States Court of Appeals
Fifth Circuit

**FILED**

June 13, 2016

Lyle W. Cayce
Clerk

NORVEL LASSERE,

Plaintiff–Appellee,

v.

MICHAEL TREGRE, St. John the Baptist Parish Sheriff; STEVEN DAILEY, JOSE REL, CLEVEN REMONDET, MICHELLE PIERSON,

Defendants–Appellants.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:13-CV-5430

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:*

Plaintiff–Appellee Norvel Lassere sued several St. John the Baptist Parish law enforcement personnel (collectively, "Defendants") after an incident that resulted in one Defendant fatally shooting Plaintiff's mother, Barbara Lassere ("Lassere"). After a trial, a jury found that both Defendants and Lassere acted negligently under Louisiana law and apportioned 50% of the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-30319

fault to Defendants and 50% of the fault to Lassere. Defendants appeal the denial of their motion for judgment as a matter of law or, alternatively, a new trial. Having carefully reviewed the parties' arguments, the record, and the pertinent case law, we find no reversible error.

AFFIRMED.